October 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM T BUCKLES, JR., JIMMY DALE LESSLEY DBA LESSLEY SERVICES, TPG LEASING, LLC AND TPG TRANSPORT, LLC, Appellants

NO. 14-12-00916-CV                      V.

KAREN TAYLOR, DAMIAN TAYLOR, BRITTANI TAYLOR, CARL TAYLOR AND LARRY TAYLOR, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on August 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, William T Buckles, Jr., Jimmy Dale Lessley dba Lessley Services. TPG Leasing, LLC and TPG Transport, LLC, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.